Argued and submitted June 29, judgment in CA A69338 reversed and remanded with instructions, judgment in CA A69339 affirmed July 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

JAVIER MORALES-AGUILAR,
*Appellant.*

(90-11-36477, 9012-36901;
CA A69338 (Control), CA A69339)
(Cases Consolidated)

*833 P2d 1381*

Peter Gartlan, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Kaye E. Sunderland, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Judgment in CA A69338 reversed and remanded with instructions to dismiss the indictment. *State v. Andrade-Torres*, 109 Or App 153, 817 P2d 296 (1991). Judgment in CA A69339 affirmed.